FILED

15 DEC -8 PM 2:29

CLERK, MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Middle District of Florida Fort Myers Division |
|---|---|
| Name (under which you were convicted): STEPHEN M. LOVELL | Docket or Case No.: 2:15-CV-764-FtM-29MRM |
| Place of Confinement: Federal Prison Camp 110 Raby Ave., Pensacola, FL | Prisoner No.: 56356-018 |

UNITED STATES OF AMERICA       Movant (include name under which you were convicted)

v.   STEPHEN M. LOVELL

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court
   2110 First Street
   Fort Myers, Florida 33901

   (b) Criminal docket or case number (if you know): 2:12-cr-00026-JES-DNF-2

2. (a) Date of the judgment of conviction (if you know): February 28, 2013

   (b) Date of sentencing: August 14, 2013

3. Length of sentence: Sixty (60) Months

4. Nature of crime (all counts): Conspiracy To Committ Healthcare Fraud
   18 U.S.C. §§ 1347 & 1349

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____
   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☒
8. Did you appeal from the judgment of conviction?  Yes ☒  No ☐
9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court Of Appeals For The Eleventh Circuit
   (b) Docket or case number (if you know): 13-13898 - EE
   (c) Result: Judgment Affirmed
   (d) Date of result (if you know): September 11, 2014
   (e) Citation to the case (if you know): 579 Fed. App'x 875; U. App. LEXIS 17529
   (f) Grounds raised: Whether The Trial Court Committed Reversible Error By Giving The Appellant An Organizer Or Leader Enhancement

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): N/A
       (2) Result: N/A
       (3) Date of result (if you know): N/A
       (4) Citation to the case (if you know): N/A
       (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐  No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

(4) Nature of the proceeding: __N/A__

(5) Grounds raised: __N/A__

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   __N/A__

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __N/A__

(2) Docket or case number (if you know): __N/A__

(3) Date of filing (if you know): __N/A__

(4) Nature of the proceeding: __N/A__

(5) Grounds raised: __N/A__

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   __N/A__

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐   **N/A**

(2) Second petition:   Yes ☐   No ☐   **N/A**

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____
_____ N/A _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: This Court Was Without Jurisdiction To Try Stephen Lovell On An Indictment In Which The Law Relied Upon Was Fabricated And On Charges Not Brought In The Indictment With Trial Counsel Ineffective For Failing To Object At Trial And Appellate Counsel Was Also Ineffective ~~For Failing To Raise This Claim As Plain Error On Direct Review~~

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attached Memorandum Of Law In Support

_____
_____
_____
_____
_____
_____
_____
_____

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒
(2) If you did not raise this issue in your direct appeal, explain why: **Appellate Counsel Was Ineffective**

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☒
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____ N/A _____
Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐ N/A

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐ N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

GROUND TWO: Stephen Lovell is Actually Innocent Of Conspiracy To Commit Healthcare Fraud Due To A Misinterpretation Of The Law Leading To Misinterpretations To The Jury At Trial By The Government With ~~Counsel Providing Ineffective Assistance~~

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__See Attached Memorandum Of Law In Support__

(b) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☒
(2) If you did not raise this issue in your direct appeal, explain why: 
(1) Appellate Counsel Was Ineffective; And
(2) This Constitutional Claim Is Cognizable On Habeas

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☒
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: N/A
Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application? N/A
Yes ☐ No ☐ N/A
(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐ N/A
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐ N/A
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

N/A

GROUND THREE: Counsel Was Ineffective For Not Obtaining The Proper Jury Instruction As To Which Laws Were Applicable To This Case And Failing To Raise The Claim On Direct Appeal

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attached Memorandum Of Law In Support

(b) Direct Appeal of Ground Three:

　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　Yes ☐   No ☒

　(2) If you did not raise this issue in your direct appeal, explain why: _____

Appellate Counsel Was Ineffective;

Claim of Ineffective Assistance of Trial Counsel Not Cognizable On Direct Appeal

(c) Post-Conviction Proceedings:

　(1) Did you raise this issue in any post-conviction motion, petition, or application?

　　Yes ☐   No ☒

　(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): _____
**N/A**

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐  No ☐   **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐  No ☐   **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
  Yes ☐  No ☐   **N/A**

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __**N/A**__

Docket or case number (if you know): __**N/A**__

Date of the court's decision: __**N/A**__

Result (attach a copy of the court's opinion or order, if available): __**N/A**__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __**N/A**__

GROUND FOUR: **Counsel Was Ineffective For Failing To Raise Claims Under Brady, Giglio And Alzate**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**See Attached Memorandum Of Law In Support**

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒ N/A

(2) If you did not raise this issue in your direct appeal, explain why: _____
    (1) Claim Of Ineffective Assistance Of Trial Counsel Not Cognizable On Direct Appeal; and
    (2) Appellate Counsel Was Ineffective For Not Raising Claim

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐ N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐ N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____ N/A _____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ N/A _____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____ N/A _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __Peter D. Aiken, Esq.__
    __2060 John Ringling Blvd., Sarasota, Florida 34237__
(b) At arraignment and plea: __Peter D. Aiken__

(c) At trial: __Peter D. Aiken__

(d) At sentencing: __Peter D. Aiken__

    (e) On appeal: _____Scott L. Robbins, Esq._____

                    607 West Horatio Street, Tampa, Florida 33606

    (f) In any post-conviction proceeding: _____N/A_____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
                    N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

    (b) Give the date the other sentence was imposed: _____N/A_____

    (c) Give the length of the other sentence: _____N/A_____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

**This Motion Is Timely**

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

<u>Vacate The Sole Conviction, Or In The Alternative Conduct An Evidentiary</u>

<u>Hearing To Further Develop The Facts</u>

_____

or any other relief to which movant may be entitled.

<u>**Movant Is Pro-Se**</u>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

*December 1, 2015* _____ (month, date, year).
**December 1, 2015**

Executed (signed) on **November 30, 2015** (date).

Signature of Movant
**STEPHEN M. LOVELL**

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

**N/A**

## PROOF OF SERVICE

STEPHEN M. LOVELL, Pro-Se Defendant/Movant declares and affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746 that he did present his Motion To Vacate, Set Aside, Or Correct Conviction Or Sentence Pursuant To 28 U.S.C. § 2255, enclosed in a sealed envelope with Pre-Paid First Class United States Postage affixed to the Mail Room Staff at Federal Prison Camp, 110 Raby Avenue, Pensacola, Florida 32516, this 1st day of December, 2015.

STEPHEN M. LOVELL is informed and thereupon believes that such will be processed as "Special Mail" and forwarded to the United States Postal Service for delivery to Clerk of Court, United States District Court, 2110 First Street, Suite 6-109, Ft. Myers, Florida 33901, for filing and uploading to the CM/ECF System, resulting in all parties and/or counsel receiving notification of such filing.

The above-referenced Motion was turned over to Prison Authorities pursuant to Houston v. Lack, 487 U.S. 266, 282, 108 S.Ct. 2379, 101 L. Ed.2d 245 (1988), otherwise known as the "Inmate Mailbox Rule," which requires that the papers be deemed FILED/SERVED as of the date they were turned over to Prison Authorities/Mail Room Staff, even if received by the COURT/RECIPIENT at a later date.

X _____
STEPHEN M. LOVELL